| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | **IN THE** |
| | * | **COURT OF APPEALS** |
| | * | **OF MARYLAND** |
| **v.** | * | **Misc. Docket AG No. 83** |
| **PAUL SAUL HAAR** | * | **September Term, 2021** |

# O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Paul Saul Haar, to suspend the Respondent from the practice of law in Maryland for seven months, effective *nunc pro tunc* to March 24, 2022, followed by one year of probation with terms, it is this 22nd day of April, 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Paul Saul Haar, be suspended for seven months, effective *nunc pro tunc* to March 24, 2022, for violation of Rule 1.15(e) of the District of Columbia Rules of Professional Conduct; and it is further

**ORDERED**, that upon his reinstatement to practice of law in the State of Maryland, the Respondent is placed on one year of probation with the terms contained in the Probation Agreement.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Judge

Suzanne C. Johnson, Clerk